# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MELANIN MOMENTS, LLC, aka iWRAP, LLC, and Terrence Stevens

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

**BARON DAVIS, et. al**

_____

(full name(s) of the defendant(s)/respondent(s))

# 18 CV 11851

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*  ☐ Yes  ■ No  (If "No," go to Question 2.)

    I am being held at:  **n/a**

    Do you receive any payment from this institution?  ☐ Yes  ■ No

    Monthly amount:  **n/a**

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?  ☐ Yes  ■ No

    If "yes," my employer's name and address are:

    Gross monthly pay or wages:  **n/a**

    If "no," what was your last date of employment?  **January, 2014**

    Gross monthly wages at the time:  **$1,500**

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment  ☐ Yes  ■ No
    (b) Rent payments, interest, or dividends  ☐ Yes  ☐ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments    ☐ Yes    ☐ No

(d) Disability or worker's compensation payments    ☑ Yes    ☐ No

(e) Gifts or inheritances    ☐ Yes    ☐ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)    ☐ Yes    ☐ No

(g) Any other sources    ☐ Yes    ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

**Plaintiff wheelchair confined, virtually paralyzed from neck down gets $782 SSI Disability per month.**

If you answered "No" to all of the questions above, explain how you are paying your expenses:

**n/a**

4. How much money do you have in cash or in a checking, savings, or inmate account?

**$92.**

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

**NONE**

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

**NONE**

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

**NONE**

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

**NONE**

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

12/ _17_ /2018

Dated                                          Signature

Name (Last, First, MI)                         Prison Identification # (if incarcerated)

**Terrence Stevens**        **New York        NY        10035**

Address                     City              State       Zip Code

**646-469-7668**                               **twheels100@gmail.com**

Telephone Number                               E-mail Address (if available)

IFP Application, page 2

HOSPITAL
FOR
**SPECIAL
SURGERY**



Dale J. Lange, M.D.
**Chairman, Department of Neurology**
**Neurologist-in-Chief**
**Hospital for Special Surgery**
**535 East 70th Street**
**New York, NY 10021**
**646 797 8917**
**langed@hss.edu**

January 24, 2017

Re: Terrence Stevens (DOB: 10/6/1966)

To Whom It May Concern:

Please be advised that Mr. Stevens is a 46 year old man, diagnosed with muscular dystrophy, anterior horn cell disease, and severe scoliosis and has been under my care at the MDA/ALS Program for many years.

Mr. Stevens utilizes a hospital bed, shower rails, chucks, shower chair, electrical wheelchair and is mechanically Hoyer lifted in and out of bed. His body is motionless while in bed. He has a collapsed chest wall, compressed left lung and he bear weight on the left side of his body for long periods of time since this caused breathing difficulty. He uses an incentive spirometer to aide his respiration. As a result of the progressive nature of his condition, he needs to be turned at least five times throughout the night. To date, his condition and symptoms have worsened. In addition, he needs constant repositioning to prevent knee pain and swelling of his ankles due to poor circulation.

The patient does not use adult diapers, since he has a history of strain and pain from using this item. He uses the bathroom 3-4 times in the evening. He requires a home car aid that must remain attentive to the patient's excessive unscheduled needs at night time.

If you have any further questions, feel free to contact our office.

Thank you,

Dale J. Lange M.D.
Chairman, Department of Neurology